Danny Jay RODGERS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27475.

Court of Criminal Appeals of Texas.

March 16, 1955.

J. C. WYNN, Appellant,

v.

The STATE of Texas, Appellee.

No. 27471.

Court of Criminal Appeals of Texas.

March 16, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for a violation of the liquor law in Taylor County, Texas; the punishment assessed is a fine of $100 and confinement in the county jail for 100 days.

The record does not reflect that a notice of appeal was given and entered of record as required by Article 827, Vernon's Ann. C.C.P. In the absence thereof, this court has no jurisdiction to entertain the appeal.

The appeal is dismissed.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for violation of the liquor laws, with punishment assessed at a fine of $200.

As required by Art. 827, C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this court has no jurisdiction to entertain the appeal.

The appeal is dismissed.